**STATE v. COLEY**

[363 N.C. 622 (2009)]

STATE OF NORTH CAROLINA v. ROGER EARL COLEY

No. 544A08

(Filed 9 October 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 193 N.C. App. ——, 668 S.E.2d 46 (2008), finding no prejudicial error in a judgment imposing a sentence of life imprisonment without parole entered 2 August 2006 by Judge W. Russell Duke, Jr. in Superior Court, Edgecombe County, following a jury verdict finding defendant guilty of first-degree murder. Heard in the Supreme Court 8 September 2009.

*Roy Cooper, Attorney General, by Joan M. Cunningham, Assistant Attorney General, for the State.*

*M. Gordon Widenhouse Jr. for defendant-appellant.*

PER CURIAM.

AFFIRMED.